| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF ARKANSAS |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Car Solutions 4 U, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4080454** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **1325 W Walnut St.** **Rogers, AR 72756** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Benton** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.carsolutions4u.com**

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

5/09/25  3:14PM

Debtor     **Car Solutions 4 U, LLC**

_____                    Case number (*if known*) _____
Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____4411_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Car Solutions 4 U, LLC**                              Case number (*if known*) _____
_____
Name

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | | Relationship |
| | District | When | Case number, if known |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Car Solutions 4 U, LLC**                                          Case number (*if known*)
         Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  9, 2025**
              MM / DD / YYYY

**X** **/s/ Dustin Kerr**                                    **Dustin Kerr**
Signature of authorized representative of debtor          Printed name

Title   **President of Operations**

---

**18. Signature of attorney**

**X** **/s/ Stanley V. Bond**                      Date   **May  9, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Stanley V. Bond 93034**
Printed name

**Bond Law Office**
Firm name

**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
Number, Street, City, State & ZIP Code

Contact phone   **479-444-0255**        Email address   **attybond@me.com**

**93034 AR**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Car Solutions 4 U, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF ARKANSAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&N Auto Glass 432 Southern Trace Drive Rogers, AR 72758 | | | Contingent | | | $800.00 |
| ACVC Capital 640 Ellicot Street Suite 321 Buffalo, NY 14203 | | | Contingent | | | $47,308.50 |
| Benton County Collector 2111 West Walnut Street Room 101 Rogers, AR 72756 | | | Contingent | | | $9,297.09 |
| Car Keys Express 12101 Sycamore Station Place Suite 140 Louisville, KY 40299 | | | Contingent | | | $392.50 |
| CCFC Insurance Company 920883 S Hwy 99 Ketchum, OK 74349 | | | Contingent | | | $31,415.05 |
| Dick & Helen Brightwell | | | Contingent | | | $0.00 |
| Hays County Tax Assessor 712 S. Stagecoach Trail Suite 1120 San Marcos, TX 78666 | | | Contingent | | | $3,345.54 |
| Janet Van Epps | | | Contingent | | | $0.00 |

Debtor  **Car Solutions 4 U, LLC**                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lafeyette Mobil 1247-C N. Scott Hollow Rd Springdale, AR 72764** | | | **Contingent** | | | **$125.00** |
| **OReilly Auto Parts PO Box 9464 Springfield, MO 65801** | | | **Contingent** | | | **$154.21** |
| **Red Rocket Trust** | | | **Contingent** | | | **$0.00** |
| **Tactical Blue Wealth Mgmt** | | | **Contingent** | | | **$0.00** |
| **TDSit 203 S. Bloomington Street Lowell, AR 72745** | | | **Contingent** | | | **$473.58** |
| **Tire Tracks of Springdale 221 E. County Line Road Springdale, AR 72764** | | | **Contingent** | | | **$212.00** |
| **Today's Bank 300 N. College Avenue Fayetteville, AR 72701** | | | **Disputed** | | | **$0.00** |
| **Vernon & Sally Stump** | | | **Contingent** | | | **$0.00** |
| **Washington County Tax Coll 280 N College Ste 202 Fayetteville, AR 72701** | | | **Contingent** | | | **$2,208.58** |

A&N Auto Glass
432 Southern Trace Drive
Rogers, AR 72758


ACVC Capital
640 Ellicot Street
Suite 321
Buffalo, NY 14203


Benton County Collector
2111 West Walnut Street
Room 101
Rogers, AR 72756


Car Keys Express
12101 Sycamore Station Place
Suite 140
Louisville, KY 40299


CCFC Insurance Company
920883 S Hwy 99
Ketchum, OK 74349


Dick & Helen Brightwell


Hays County Tax Assessor
712 S. Stagecoach Trail
Suite 1120
San Marcos, TX 78666


Janet Van Epps


Lafeyette Mobil
1247-C N. Scott Hollow Rd
Springdale, AR 72764


OReilly Auto Parts
PO Box 9464
Springfield, MO 65801


Red Rocket Trust

Tactical Blue Wealth Mgmt


TDSit
203 S. Bloomington Street
Lowell, AR 72745


Tire Tracks of Springdale
221 E. County Line Road
Springdale, AR 72764


Today's Bank
300 N. College Avenue
Fayetteville, AR 72701


Vernon & Sally Stump


Washington County Tax Coll
280 N College Ste 202
Fayetteville, AR 72701


Williams Law Firm of Ark.
100 W. Main St.
Gentry, AR 72734-8231

# United States Bankruptcy Court
## Western District of Arkansas

In re    **Car Solutions 4 U, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Car Solutions 4 U, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  9, 2025**

Date

**/s/ Stanley V. Bond**

**Stanley V. Bond 93034**

Signature of Attorney or Litigant

Counsel for   **Car Solutions 4 U, LLC**

**Bond Law Office**
**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
**479-444-0255 Fax:479-235-2827**
**attybond@me.com**

5/09/25 3:14PM

## United States Bankruptcy Court
### Western District of Arkansas

In re **Car Solutions 4 U, LLC**                                   Case No. _____
                                          Debtor(s)                Chapter    **11** _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dustin Kerr**, declare under penalty of perjury that I am the **President of Operations** of **Car Solutions 4 U, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said corporation at a special meeting duly called and held on the **9th** day of **May**, 20**25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dustin Kerr**, **President of Operations** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dustin Kerr**, **President of Operations** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dustin Kerr**, **President of Operations** of this Corporation is authorized and directed to employ **Stanley V. Bond and Kathryn Worlow**, attorneys and the law firm of **Bond Law Office** to represent the corporation in such bankruptcy case."

Date **May  9, 2025** _____     Signed **/s/ Dustin Kerr** _____
                                                   **Dustin Kerr**

Resolution of Board of Directors
of
**Car Solutions 4 U, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dustin Kerr, President of Operations** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dustin Kerr, President of Operations** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dustin Kerr, President of Operations** of this Corporation is authorized and directed to employ **Stanley V. Bond and Kathryn Worlow**, attorneys and the law firm of **Bond Law Office** to represent the corporation in such bankruptcy case.

Date **May 9, 2025** _____     Signed _____


Date **May 9, 2025** _____     Signed _____